IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-02000-ZLW-MJW

MANNY TORRES,

      Plaintiff,

v.

NELSON, WATSON & ASSOCIATES, L.L.C., a Massachusetts limited liability
company,

      Defendant.

_____

ORDER

_____

      In consideration of the parties' Notice Of Settlement filed November 30, 2006, it
is

      ORDERED that this case is held in abeyance pending the filing of settlement
papers.  It is

      FURTHER ORDERED that settlement papers shall be filed on or before
December 12, 2006.  If by that date settlement papers have not been received by the
Court, on December 19, 2006, the case will be dismissed without prejudice.

      DATED at Denver, Colorado, this   1   day of December, 2006.

      BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court