# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02000-ZLW-MJW

MANNY TORRES,

       Plaintiff,

v.

NELSON WATSON & ASSOCIATES, LLC, a Massachusetts limited liability company,

       Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

       THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and being fully advised in the premises, DOES HEREBY ORDER that this case is dismissed with prejudice, with each party to pay his or its own attorney's fees and costs.

       BY THE COURT:

Dec. 19, 2006       _____
DATE                   U.S. DISTRICT JUDGE